|   |   |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

1
2  UNITED STATES DISTRICT COURT
3  NORTHERN DISTRICT OF CALIFORNIA
4  UNITED STATES OF AMERICA,
5              Plaintiff,                SUMMONS IN A CIVIL ACTION
6      v.                                Case Number:
7  Charles L. Hicks aka Charles Hicks,   CV 12 4489 SLM
8              Defendant(s).
                                          E-filing
9  _____/
10 TO: (Name and Address of Defendant)
11     Charles L. Hicks aka Charles Hicks
       657 Faraone Drive
12     San Jose, CA 95136

13 YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United
14 States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor,
15 San Francisco, CA 94102, an answer to the complaint which is herewith served upon you
16 within 20 days after service of this summons upon you, exclusive of the day of service.

17
18 You must also serve your answer upon
19 PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law,
   P.O. Box 129, Alameda, CA 94501
20                              (510) 523-4702

21 If you fail to do so, judgment by default will be taken against you for the relief demanded in
   the complaint.
22
23
24 RICHARD W. WIEKING                      8-28-12
   CLERK                         DATE
25
26 BY DEPUTY CLERK
27         GLORIA ACEVEDO
28